Submitted September 15, affirmed October 6, 2010

Carmen FLORES,
*Petitioner,*

*v.*

SAIF CORPORATION,
Earl E. Brown & Sons,
and Department of Consumer and Business Services,
*Respondents.*

Department of Consumer and Business Services
080165H; A141885

240 P3d 752

R. Adian Martin filed the brief for petitioner.

Julene M. Quinn filed the brief for respondents SAIF Corporation and Earl E. Brown & Sons.

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Tiffany Keast, Assistant Attorney General, filed the brief for respondent Department of Consumer and Business Services.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Duncan, Judge.

PER CURIAM

Affirmed. *Carreon v. Commerce & Industry Ins. Co.*, 233 Or App 440, 226 P3d 73 (2010).